Douglas A. Bahr
Solicitor General
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
State Bar ID No. 04940
Facsimile (701) 328-4300
dbahr@nd.gov
Telephone (701) 328-3640

Attorneys for Defendant the Honorable David E. Reich.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dial Up Services, Inc., | **Case No. CV-07-423-PHX-EHC** |
| Plaintiff, | |
| vs. | **MOTION FOR SANCTIONS** |
| State of Oregon, et al., | |
| Defendants. | |

Defendant, the Honorable David E. Reich, moves for sanctions against Plaintiff pursuant to Rule 11 of the Federal Rules of Civil Procedure. This motion is made (1) because the allegations in the First Amended Verified Complaint against the Honorable David E. Reich are not warranted by existing law and do not and are not likely to have evidentiary support, and (2) because the relief requested in Plaintiff's Verified Application for a Temporary Restraining Order is not warranted by existing law and has no evidentiary support. This motion is supported by the attached Brief in Support of Motion for Sanctions.

The Honorable David E. Reich respectfully requests that this Court award him his costs, including attorneys' fees, in defending this action and preparing and filing his Memorandum in Opposition to Application for

Temporary Restraining Order. The Honorable David E. Reich requests the sanctions be awarded against Plaintiff's counsel, Peter Strojnik.

Dated this 5th day of April, 2007.

        State of North Dakota
        Wayne Stenehjem
        Attorney General

        By:    /s/ Douglas A. Bahr
             Douglas A. Bahr
             Solicitor General

        Attorneys for Defendant the Honorable David E. Reich.

e:\dixie\cl\bahr\risk management\open.cases\simple.net\motionsanctions.doc

## CERTIFICATE OF SERVICE

## CASE NO. CV-07-423-PHX-EHC

I hereby certify that on May 17, 2007, the following document: **MOTION FOR SANCTIONS** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to Peter Strojnik.

      /s/ Douglas A. Bahr
Douglas A. Bahr
Solicitor General

e:\dixie\cl\bahr\risk management\open.cases\simple.net\motionsanctions.doc