```
STATE OF NORTH DAKOTA                           VS DIAL UP SERVICES, INC.
  JUDGE ASSIGNED:  DAVID E. REICH
  OFFENSE : OTHER
  INTERESTED PARTIES
  _____                              CASE # : 08 07-C-00292         PAGE    1
ATTY. FOR DEFENDANT 001      STROJNIK, PETER
ATTY. FOR PLAINTIFF          GROSSMAN, PARRELL D
D/B/A (DEFENDANT) 001        SIMPLE.NET
DEFENDANT 001                DIAL UP SERVICES, INC.
PLAINTIFF 001                STATE OF NORTH DAKOTA
  ACTIONS
  _____
    1   NOTICE OF MOTION AND MOTION TO COMPEL                               02/06/2007
    2   AFFIDAVIT OF SERVICE BY MAIL AND FACSIMILE                          02/06/2007
    3   ORDER GRANTING MOTION TO COMPEL                                     02/27/2007
    4   AFFIDAVIT OF SERVICE BY MAIL AND FACSIMILE                          03/02/2007
```

**ATTACHMENT 1**