| | |
|---|---|
| STATE OF NORTH DAKOTA | BEFORE THE |
| COUNTY OF BURLEIGH | ATTORNEY GENERAL |

07 C 02 92

IN THE MATTER OF )
)
DIAL UP SERVICES, INC. )   AFFIDAVIT OF SERVICE
dba SIMPLE.NET ) BY MAIL AND FACSIMILE
)
)
      Respondent. )   CPAT No. 050029.003

STATE OF NORTH DAKOTA )
) ss
COUNTY OF BURLEIGH )

Linda K. Hagen states under oath as follows:

1. I swear and affirm upon penalty of perjury that the statements made in this affidavit are true and correct and made upon personal knowledge.

2. I am of legal age and on the 5th day of February, 2007, I served (1) Notice of Motion and Motion to Compel; (2) proposed Order Granting Motion to Compel; and (3) Affidavit of Service by Mail and Facsimile upon the following by placing true and correct copies thereof in an envelope addressed as follows:

    PETER STROJNIK
    THE LAW FIRM OF PETER STROJNIK
    3030 N CENTRAL AVE STE 1401
    PHOENIX AZ 85012-2712

and depositing the same, with postage prepaid, in the United States mail at Bismarck, North Dakota.

3. Also on the 5th day of February, 2007, I served (1) Notice of Motion and Motion to Compel; proposed Order Granting Motion to Compel; and (3) Affidavit of

RECEIVED & FILED

FEB 06 2007

Clk. of Crt. Burleigh Co.

Service by Mail and Facsimile upon Peter Stronjnik, by faxing the documents to Facsimile No. 602-296-0135.

*Linda K. Hagen*
Linda K. Hagen

Subscribed and sworn to before me this 5th day of February, 2007.

*Alexis Bieber*
NOTARY PUBLIC

G:\CPAT\Multi\Simple.Net\AffServiceByMail 020507.doc

ALEXIS BIEBER
Notary Public
State of North Dakota
My Commission Expires Mar. 30, 2010