| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF BURLEIGH | SOUTH CENTRAL JUDICIAL DISTRICT |

IN THE MATTER OF ) Case No. 07 C 0292
)
DIAL UP SERVICES, INC. ) **ORDER GRANTING**
dba SIMPLE.NET ) **MOTION TO COMPEL**
)
Respondent. ) CPAT 050029.003

The Court, having reviewed the State of North Dakota's Motion to Compel a response to its Civil Investigative Demand ("Motion") and all the papers on file, rules as follows:

Based on the law and facts presented, the Court is satisfied Dial Up Services, Inc. dba SIMPLE.NET has without good cause or reason failed to respond to the Civil Investigative Demand issued by the State of North Dakota in conjunction with its investigation of consumer fraud issues.

NOW THEREFORE IT IS ORDERED, State of North Dakota's Motion is hereby GRANTED and

1. Pursuant to N.D.C.C. § 51-15-06, Dial Up Services, Inc. shall provide to the Attorney General full and complete responses to the Civil Investigative Demand on or before 15 days after issuance of this Order;

2. Dial Up Services, Inc. shall immediately cease and desist all business activities of any kind in the State of North Dakota, including but not limited to the sale or advertisement of any merchandise in the State of North Dakota, unless and until



RECEIVED & FILED
FEB 2 7 2007
Clk of Ct, Burleigh Co.

ATTACHMENT 4

complete and timely compliance is obtained, and satisfactory proof thereof presented to the Court;

3. The Respondent shall pay the Attorney General $250 as reimbursement of attorney's fees incurred in bringing the Motion to Compel on or before 15 days after issuance of this Order; and

4. Violation of this Order shall be punishable as contempt of court pursuant to N.D.C.C. ch. 27-10.

Dated this 27th day of February, 2007.

BY THE COURT:

David E. Reich
District Court Judge

G:\CPAT\Multi\Simple.Net\OrderCompel.doc

2