| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF BURLEIGH | SOUTH CENTRAL JUDICIAL DISTRICT |

IN THE MATTER OF )  Case No. 07C0292
)
DIAL UP SERVICES, INC. )  **AFFIDAVIT OF SERVICE**
dba SIMPLE.NET )  **BY MAIL AND FACSIMILE**
)
  Respondent. )  CPAT No. 050029.003

STATE OF NORTH DAKOTA )
) ss
COUNTY OF BURLEIGH )

Alexis Bieber states under oath as follows:

1. I swear and affirm upon penalty of perjury that the statements made in this affidavit are true and correct and made upon personal knowledge.

2. I am of legal age and on the 28th day of February, 2007, I served the attached Order Granting Motion to Compel upon the following by placing a true and correct copy thereof in an envelope addressed as follows:

> PETER STROJNIK
> THE LAW FIRM OF PETER STROJNIK
> 3030 N CENTRAL AVE STE 1401
> PHOENIX AZ 85012-2712

and depositing the same, with postage prepaid, in the United States mail at Bismarck, North Dakota.

3. Also on the 28th day of February, 2007, I served the attached Order Granting Motion to Compel upon Peter Stronjnik, by faxing the documents to Facsimile No. 602-296-0135.

_Alexis Bieber_

Subscribed and sworn to before me
this 28th day of February, 2007.

_____
NOTARY PUBLIC

JAMES PATRICK THOMAS
Notary Public
State of North Dakota
My Commission Expires May 12, 2010

RECEIVED & FILED
MAR 02 2007
Clk. of Ct. Burleigh Co.

ATTACHMENT 5