Douglas A. Bahr
Solicitor General
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
State Bar ID No. 04940
Facsimile (701) 328-4300
dbahr@nd.gov
Telephone (701) 328-3640

Attorneys for Defendant the Honorable David E. Reich.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dial Up Services, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> State of Oregon, et al., <br><br> Defendants. | Case No. CV-07-423-PHX-EHC <br><br> NOTICE PURSUANT TO FED. R. CIV. P. 11(c)(1)(A) |

Pursuant to Federal Rule of Civil Procedure 11(c)(1)(A), Defendant, the Honorable David E. Reich, serves the attached Motion for Sanctions and Brief in Support of Motion for Sanctions. The Motion for Sanctions and Brief in Support of Motion for Sanctions will be filed with the court unless, within 21 days after service of the Motion for Sanctions and Brief in Support of Motion for Sanctions, the First Amended Verified Complaint and Verified Application for a Temporary Restraining Order is withdrawn.

Dated this 5th day of April, 2007.

State of North Dakota
Wayne Stenehjem
Attorney General

By: _____
Douglas A. Bahr
Solicitor General

Attorneys for Defendant the
Honorable David E. Reich.

Douglas A. Bahr  
Solicitor General  
Office of Attorney General  
500 North 9th Street  
Bismarck, ND 58501-4509  
State Bar ID No. 04940  
Facsimile (701) 328-4300  
dbahr@nd.gov  
Telephone (701) 328-3640  

Attorneys for Defendant the Honorable David E. Reich.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dial Up Services, Inc., | Case No. CV-07-423-PHX-EHC |
| Plaintiff, | |
| vs. | AFFIDAVIT OF SERVICE BY MAIL AND RETENTION OF DOCUMENTS |
| State of Oregon, et al., | |
| Defendants. | |

STATE OF NORTH DAKOTA ) ss.  
COUNTY OF BURLEIGH )

Donna J. Connor states under oath as follows:

1. I swear and affirm upon penalty of perjury that the statements made in this affidavit are true and correct.

2. I am of legal age and on the 5th day of April, 2007, I served the attached Notice Pursuant to F. R. Civ. P. 11(C)(1)(A), Motion for Sanctions, and Brief in Support of Motion for Sanctions, upon Peter Strojnik, by placing a true and correct copy thereof in an envelope addressed as follows:

Peter Strojnik  
Attorney at Law  
3030 N Central Ave, Ste 1401  
Phoenix, AZ 85012

and depositing the same, with postage prepaid, in the United States mail at Bismarck, North Dakota. That the originals of these documents shall be retained at the Office of Attorney General, 500 North 9th Street, Bismarck, North Dakota 58501-4509.

Donna J. Connor

Subscribed and sworn to before me this ____ day of April, 2007

_____
Notary Public

e:\dixie\cl\bahr\risk management\open.cases\simple.net\sanctions.brf.doc

JOLENE J. THIEL
Notary Public
State of North Dakota
My Commission Expires April 5, 2011

2