James Patrick Thomas
Assistant Attorney General
Consumer Protection and
  Antitrust Division
Office of Attorney General
4205 State Street
PO Box 1054
Bismarck, ND  58502-1054
North Dakota Bar No. 06014
(701) 328-5568 (fax)
jpthomas@nd.gov
(701) 328-5570 (telephone)

Attorneys for Defendant
  State of North Dakota

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| DIAL UP SERVICES, INC., | ) | Case No. CV07-423-PHX-EHC |
| | ) | |
| Plaintiff, | ) | |
| | ) | STATE OF NORTH DAKOTA'S |
| vs. | ) | NOTICE OF MOTION AND |
| | ) | MOTION FOR FED.R.CIV.P. 11 |
| STATE OF OREGON, ET AL. | ) | AND 28 U.S.C. § 1927 SANCTIONS |
| | ) | |
| Defendants. | ) | (Oral Argument Requested) |
| | ) | |

Defendant State of North Dakota ("North Dakota") hereby moves pursuant to

Fed.R.Civ.P. 11 and 28 U.S.C. § 1927 for sanctions against Dial Up Services, Inc.

("Plaintiff") and its counsel, Peter Strojnik, on the following grounds:

1.    The claims against North Dakota in the Verified Complaint, and

repeated in the First Amended Verified Complaint, have been presented for an

improper purpose, such as to harass or to cause unnecessary delay or needless

increase in the cost of litigation, namely, to improperly interfere, delay and obstruct

North Dakota's Attorney General's law-enforcement investigation of Plaintiff's activities in North Dakota, to intimidate other States and prevent them from conducting their own investigations and further, in an attempt to improperly influence or force a multistate negotiated settlement of other States' claims against Plaintiff.  Fed.R.Civ.P. 11(b)(1).

2.    Plaintiff's claims and contentions are not warranted by existing law or by a nonfrivolous argument for the extension of the law.  Fed.R.Civ.P. 11(b)(2).

3.    Plaintiff's allegations and other factual contentions lack evidentiary support and are not likely to have evidentiary support.  Fed.R.Civ.P. 11(b)(3).

4.    Plaintiff's counsel failed to cure the defects in the Verified Complaint and compounded them by filing the First Amended Verified Complaint and Verified Application for a Temporary Restraining Order, despite being put on explicit notice that Plaintiff's claims were frivolous and jurisdictionally insupportable.  Plaintiff's counsel intentionally and knowingly multiplied the proceedings in this case unreasonably and vexatiously and should be required by the Court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.  28 U.S.C. § 1927.

North Dakota respectfully requests this Court award it all costs, including attorneys' fees, in defending this action, including with respect to this motion, North Dakota's motion to dismiss and North Dakota's opposition to Plaintiff's motion for a temporary restraining order.  North Dakota requests the sanctions be awarded against Plaintiff's counsel, Peter Strojnik, and, where appropriate, Plaintiff.

This motion is supported by State of North Dakota's Brief In Support of Motion For Fed.R.Civ.P. 11 and 28 U.S.C. § 1927 filed herewith.   North Dakota respectfully requests oral argument on this motion.

DATED this 18th day of May, 2007.

**STATE OF NORTH DAKOTA**
Wayne Stenehjem
Attorney General


By:  /s/ James Patrick Thomas
     James Patrick Thomas

     Attorneys for Defendant
      State of North Dakota


G:\CPAT\Multi\Simple.Net\Rule11 - NoticeMtnND.doc

## CERTIFICATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, the undersigned certifies that on May 18, 2007, I electronically filed State of North Dakota's Notice of Motion and Motion for Fed.R.Civ.P. 11 and 28 U.S.C. § 1927 Sanctions in the matter of Dial Up Services, Inc., vs. State of Oregon, et al. with the Clerk of Court using the CM/ECF system which sent notification of such filing electronically to the following:

Douglas Alan Bahr:  dbahr@nd.gov
Attorney for the Honorable David E. Reich

Brett T. DeLange:  brett.delange@ag.idaho.gov, jennifer.bithell@ag.idaho.gov, stephanie.guyon@ag.idaho.gov
Attorney for State of Idaho and the Honorable Kathryn Sticklen

Charles Edward Fletcher:  charles.fletcher@doj.state.or.us, jennifer.andrew@doj.state.or.us
Attorney for State of Oregon

Anne E. Schneider:  Anne.Schneider@ago.mo.gov
Attorney for the State of Missouri

Peter Strojnik:  strojnik@aol.com
Attorney for Dial Up Services, Inc.


/s/ James Patrick Thomas
_____
James Patrick Thomas

4