**LAWRENCE G. WASDEN**
**IDAHO ATTORNEY GENERAL**

**BRETT T. DELANGE**
(Admitted Pro Hac Vice; Idaho State Bar No. 3628)
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
(208) 334-2424 ● (208) 854-8073 (Fax)
brett.delange@ag.idaho.gov
**Attorneys for the State of Idaho**
**and the Honorable Kathryn Sticklen**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Dial Up Services, Inc.**, d/b/a **Simple.Net**, an Arizona corporation, )<br><br>Plaintiff, )<br><br>vs. )<br><br>**The State of Oregon**; **the State of Idaho**; **The State of North Dakota; The State of Missouri**; **the Honorable David E. Reich**, Judge of the South Central Judicial District of the State of North Dakota; **The Honorable Kathryn Sticklen**, Judge of the Fourth Judicial District of the State of Idaho; **Various States of the United States I-XXX**, )<br><br>Defendants. ) | **CASE NO.** CV07-423 PHX-EHC<br><br>**STATE OF IDAHO'S AND THE HONORABLE KATHRYN STICKLEN'S MOTION FOR SANCTIONS** |

Pursuant to Fed. R. Civ. P. 11(c)(1)(A), the State of Idaho (the State) and the

Honorable Kathryn Sticklen  (Judge Sticklen) (collectively "Idaho Defendants") move

the Court for an order assessing sanctions against Peter Strojnik, counsel of record for

**STATE OF IDAHO'S AND THE HONORABLE KATHRYN STICKLEN'S**
**MOTION FOR SANCTIONS - 1**

Plaintiff, Dial Up Services, Inc., d/b/a Simple.Net (Plaintiff), for violations of Fed.R.Civ.P. 11(b)(2).

The grounds for this motion are that Plaintiff's claims against Idaho Defendants are not warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law. Specifically, Plaintiff does not have a legal basis to ask this Court to stop a valid State of Idaho investigation of Plaintiff under Idaho law. The State is immune from lawsuit in this Court pursuant to the Eleventh Amendment to the United States Constitution. The Idaho Defendants are not subject to the personal jurisdiction of this Court. Judge Sticklen is not subject to Plaintiff's damages claim pursuant to the Eleventh Amendment and the doctrine of absolute judicial immunity. The Idaho Defendants have not violated either the All Writs Act or the Anti-Injunction Act.

Pursuant to this motion, Idaho Defendants respectfully request that this Court award them their costs, including reasonable attorney fees, in defending this action and in preparing memoranda opposing Plaintiff's request for a temporary restraining order as well as supporting the Idaho Defendants' motion to dismiss. Idaho Defendants seek this award against Mr. Strojnik, pursuant to Fed.R.Civ.P. 11(c)(1)(A), because he violated Fed.R.Civ.P. 11(b)(2) as a result of signing and filing in this matter Plaintiff's Verified Complaint, First Amended Complaint and Verified Application for a Temporary Restraining Order.

This motion is based upon all of the pleadings on file herein, and also upon the memorandum in support of this motion filed concurrently with this motion.

**STATE OF IDAHO'S AND THE HONORABLE KATHRYN STICKLEN'S MOTION FOR SANCTIONS - 2**

DATED this 21st day of May, 2007.

**LAWRENCE G. WASDEN**
**IDAHO ATTORNEY GENERAL**


BY:   /s/ Brett T. DeLange_____
**BRETT T. DELANGE**
DEPUTY ATTORNEY GENERAL


**<u>CERTIFICATE OF SERVICE</u>**


I hereby certify that on the 21st day of May 2007, I electronically filed the Idaho Defendants' Motion for Sanctions in the matter of *Dial Up Services, Inc., vs. State of Oregon et al.* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter Strojnik
strojnik@aol.com
Attorney for Dial Up Services, Inc.

Charles Fletcher
Charles.Fletcher@doj.state.or.us
Attorney for the State of Oregon

Anne. E. Schneider
Anne.Schneider@ago.mo.gov
Attorney for the State of Missouri

Douglas A. Bahr
dbahr@nd.gov
Attorney for the Honorable David E. Reich

James Patrick Thomas
jpthomas@nd.gov
Attorney for the State of North Dakota


 /s/ Brett T. DeLange_____
BRETT T. DELANGE
Deputy Attorney General