**LAWRENCE G. WASDEN**
**IDAHO ATTORNEY GENERAL**

**BRETT T. DELANGE** (Admitted Pro Hac Vice; Idaho State Bar No. 3628)
Deputy Attorney General
Office of the Attorney General
Consumer Protection Division
P. O. Box 83720
Boise, ID 83720-0010
(208) 334-2424 • (208) 854-8073 (Fax)
brett.delange@ag.idaho.gov
**Attorneys for the State of Idaho**
**and the Honorable Kathryn Sticklen**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Dial Up Services, Inc.**, d/b/a **Simple.Net**, an Arizona corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**The State of Oregon**; **the State of Idaho**; **The State of North Dakota; The State of Missouri**; **the Honorable David E. Reich**, Judge of the South Central Judicial District of the State of North Dakota; **The Honorable Kathryn Sticklen**, Judge of the Fourth Judicial District of the State of Idaho; **Various States of the United States I-XXX**,<br><br>　　　　　Defendants. | **CASE NO.** CV07-423 PHX-EHC<br><br>**THIRD AFFIDAVIT OF BRETT T. DELANGE, IN SUPPORT OF THE STATE OF IDAHO'S AND THE HONORABLE KATHRYN STICKLEN'S MOTION FOR SANCTIONS** |

STATE OF IDAHO　　　)
　　　　　　　　　　　) ss.
County of Ada　　　　　)

　　　　The undersigned, BRETT T. DELANGE, duly sworn upon oath, does hereby testify as follows:

**THIRD AFFIDAVIT OF BRETT T. DELANGE, IN SUPPORT OF THE STATE OF IDAHO'S AND THE HONORABLE KATHRYN STICKLEN'S MOTION FOR SANCTIONS - 1**

1. I am over the age of eighteen and competent to testify to the facts contained herein.

2. I am a deputy attorney general in the Consumer Protection Division of the Office of the Idaho Attorney General and am the assigned deputy in this matter. Therefore, I am familiar with the facts and circumstances of this matter and state the following facts from my personal knowledge and experience.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Idaho Defendants' Notice Pursuant to Fed.R.Civ.P. 11(c)(1)(A) dated April 12, 2007, in which Plaintiff's counsel was notified of the Idaho Defendants' intent to file a Motion for Sanctions.

4. Attached hereto as **Exhibit B** is a true and correct copy of the cover letter accompanying the FRCP 11(c)(1)(A) Notice, Motion for Sanctions, supporting Memorandum, and Certificate of Service.

5. Attached hereto as **Exhibit C** is a true and correct copy of a Certificate of Service stating that the Idaho Defendants served Plaintiff's counsel with the FRCP 11(c)(1)(A) Notice, Motion for Sanctions and supporting Memorandum by overnight mail on April 12, 2007.

6. Attached hereto as **Exhibit D** is a true and correct copy of Federal Express's Airbill containing the tracking number (9342 3601 9534) assigned to the overnight delivery to Plaintiff's counsel dated April 12, 2007, and a copy of Federal Express's website whereas said package was signed for by P. Strojnik on April 13, 2007, at 9:01 a.m.

**THIRD AFFIDAVIT OF BRETT T. DELANGE, IN SUPPORT OF THE STATE OF IDAHO'S AND THE HONORABLE KATHRYN STICKLEN'S MOTION FOR SANCTIONS - 2**

7. As of the date of this Affidavit, Plaintiff's counsel has not withdrawn Plaintiff's Amended Complaint or Application for a Temporary Restraining Order.

_____
BRETT T. DELANGE

SUBSCRIBED AND SWORN to before me this 21st day of May, 2007.

[Notary Stamp: JENNIFER L. BITHELL, NOTARY PUBLIC, STATE OF IDAHO]

_____
Notary Public for Idaho
My Commission Expires: 11-30-07

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter Strojnik
strojnik@aol.com
Attorney for Dial Up Services, Inc.

Charles Fletcher
Charles.Fletcher@doj.state.or.us
Attorney for the State of Oregon

Anne. E. Schneider
Anne.Schneider@ago.mo.gov
Attorney for the State of Missouri

Douglas A. Bahr
dbahr@nd.gov
Attorney for the Honorable David E. Reich

James Patrick Thomas
jpthomas@nd.gov
Attorney for the State of North Dakota

/s/ Brett T. DeLange
BRETT T. DELANGE
Deputy Attorney General

**THIRD AFFIDAVIT OF BRETT T. DELANGE, IN SUPPORT OF THE STATE OF IDAHO'S AND THE HONORABLE KATHRYN STICKLEN'S MOTION FOR SANCTIONS - 3**