

# STATE OF IDAHO

OFFICE OF THE ATTORNEY GENERAL

LAWRENCE G. WASDEN

April 12, 2007

**VIA OVERNIGHT MAIL**

Peter Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, AZ 85012

    Re:   *Dial Up Services, Inc. v. State of Idaho et al.*
           *U.S. District Court, District of Arizona, Case No. 07-AT-10203*

Dear Mr. Strojnik:

    Please find enclosed the following:

1. State of Idaho's and the Honorable Kathryn Sticklen's Motion for Sanctions ("Motion");

2. State of Idaho's and the Honorable Kathryn Sticklen's Memorandum in Support of Motion for Sanctions ("Memorandum");

3. Notice Pursuant to Fed.R.Civ.P. 11(c)(1)(A) ("Notice"); and

4. Certificate of Service.

    As you will see by reviewing these documents, the Motion and Memorandum assert that you have violated Fed.R.Civ.P. 11(b)(2) as a result of your signing and filing Plaintiff's Verified Complaint, First Amended Complaint and Verified Application for a Temporary Restraining Order (collectively "Plaintiff's filings"). Accordingly, the Motion seeks an award of fees and costs against you personally. As set forth in the Notice, the Motion and Memorandum will be filed with the Court unless, by May 7, 2007, Plaintiff's filings are withdrawn.

    The basis for making the Motion is set forth in the Memorandum. The Memorandum, as well as the State of Idaho's and the Honorable Kathryn Sticklen's Memorandum in Support of Motion to Dismiss, which was electronically served upon you yesterday, provide the basis that your signature and filing of Plaintiff's filings violates the provisions of Rule 11.

**Civil Litigation Division - Consumer Protection Unit**
Len B. Jordan Bldg, Lower Level; P.O. Box 83720, Boise, ID 83720-0010
Telephone: (208) 334-2424, FAX: (208) 334-2830
(800) 432-3545, Toll Free in Idaho; TDD Accessible

Exhibit B

Peter Strojnik
April 12, 2007
Page 2

    Thank you for your attention to this matter.

                                        Very truly yours,

                                        BRETT T. DELANGE
                                      Deputy Attorney General
                                      Consumer Protection Unit

BTD/jb
Enc.
cc:    Barbara Beehner-Kane