LAWRENCE G. WASDEN
IDAHO ATTORNEY GENERAL

**BRETT T. DELANGE**
(Admitted Pro Hac Vice; Idaho State Bar No. 3628)
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
(208) 334-2424 • (208) 334-2830 (Fax)
brett.delange@ag.idaho.gov
**Attorneys for the State of Idaho
and the Honorable Kathryn Sticklen**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Dial Up Services, Inc.**, d/b/a **Simple.Net**, an Arizona corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**The State of Oregon; the State of Idaho; The State of North Dakota; The State of Missouri;** the Honorable David E. Reich, Judge of the South Central Judicial District of the State of North Dakota; **The Honorable Kathryn Sticklen**, Judge of the Fourth Judicial District of the State of Idaho; **Various States of the United States I-XXX**,<br><br>　　　　Defendants. | **CASE NO.** CV07-423 PHX-EHC<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that on the 12th day of April 2007, I served the State of Idaho and the Honorable Kathryn Sticklen's Motion for Sanctions, Memorandum in Support of

CERTIFICATE OF SERVICE - 1

Exhibit C

Motion for Sanctions and Notice Pursuant to Fed.Civ.Pro.P 11(c)(1)(A). These documents were transmitted via overnight mail to:

>Peter Strojnik
>Attorney at Law
>3030 N. Central Ave., Ste. 1401
>Phoenix, AZ 85012

The documents were also electronically sent, via e-mail to:

>Douglas A. Bahr
>dbahr@nd.gov
>Attorney for the Honorable David E. Reich
>
>Charles Fletcher
>Charles.Fletcher@doj.state.or.us
>Attorney for the State of Oregon
>
>James Patrick Thomas
>jpthomas@nd.gov
>Attorney for the State of North Dakota
>
>Anne. E. Schneider
>Anne.Schneider@ago.mo.gov
>Attorney for the State of Missouri

>/s/ Brett T. DeLange
>BRETT T. DELANGE
>Deputy Attorney General

**CERTIFICATE OF SERVICE - 2**