PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

# FedEx US Airbill

**1 From** *Please print and press hard.*

Date 4/12/07
Sender's FedEx Account Number 0837-0003-3
Sender's Name Brett DeLange   Phone (208) 334-4114

Company IDAHO ATTORNEY GENERALS OFFICE
Address 700 W JEFFERSON ST RM 210
City BOISE   State ID   ZIP 83720-0001

**2 Your Internal Billing Reference** CPU/Simple Act AZ

**3 To**
Recipient's Name Peter Strojnik   Phone (602) 297-3019
Company Law Firm of Peter Strojnik
Recipient's Address 3030 N Central Ave, Ste 1401
City Phoenix   State AZ   ZIP 85012

FedEx Tracking Number 8581 6760 7273

**4a Express Package Service**
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice   Dry Ice, 9, UN 1845   ___ x ___ kg
- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*
- [X] Sender Acct. No. in Section 7 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages 1   Total Weight   Total Declared Value $ .00

Date: 04/12/2007   SHIPPING:   11.31
Wgt: 1.0 LBS      SPECIAL:    1.13
DV:               HANDLING:   0.00
                  TOTAL:     12.44

Svcs: PRIORITY OVERNIGHT
TRCK: 9342 3601 9534

Ref: 10-DELANGE
Dep: A G

519

Exhibit D

Track Shipments                                                                 ? Quick Help
# Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 934236019534 | **Reference** | 10-DELANGE |
| **Signed for by** | P.STROJNIK | **Destination** | PHOENIX, AZ |
| **Ship date** | Apr 12, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Apr 13, 2007 9:01 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |

**Status**  Delivered

**Signature image available**  Yes

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 13, 2007 | 9:01 AM | Delivered | PHOENIX, AZ | |
| | 7:56 AM | On FedEx vehicle for delivery | TEMPE, AZ | |
| | 7:12 AM | At local FedEx facility | TEMPE, AZ | |
| | 4:01 AM | At dest sort facility | PHOENIX, AZ | |
| | 2:28 AM | Departed FedEx location | OAKLAND, CA | |
| Apr 12, 2007 | 7:13 PM | Left origin | BOISE, ID | |
| | 4:55 PM | Picked up | BOISE, ID | |
| | 8:19 AM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** [        ]                    **Your E-mail Address:** [        ]

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions           [ Submit ]