**WO**                                                                                                                                  HJ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dial Up Services, Inc., d/b/a/ Simple.Net, a Nevada Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>State of Oregon, State of Idaho, State of North Dakota, State of Missouri, The Honorable David E. Reich, *Judge of the South Central Judicial District of the State of North Dakota*, Kathryn Sticklen, *Honorable Judge of the Fourth Judicial Distric of the State of Idaho*, Various States 1-XXX,<br><br>        Defendants. | No. 07-00423-PHX-EHC<br><br>**ORDER** |

Before the Court is "Plaintiff's Motion to (1) Amend or Make Additional Factual Fundings [*sic*] Under Rule 52(b); (2) To Alter or Amend the Judgment Under Rule 59(e); (3) For a New Trial Under Rule 59(a); and (4) For Relief Under Rule 60" (Dkt. 60). Plaintiff contends that the Court failed to consider the implications of footnote 12 in the case of Sandpiper Village v. Louisiana-Pacific, 428 F.3d 831 (9th Cir. 2005). The Court has considered Sandpiper. Nothing in the cited portions of Sandpiper changes the outcome of this case. The Court's continuing jurisdiction over the stipulated final judgment entered in Civ. No. 01-00803-SMM is not at risk, nor is res judicata implicated.

//

1  Accordingly,

2  **IT IS ORDERED** denying Plaintiff's Motion to (1) Amend or Make Additional
3  Factual Fundings [*sic*] Under Rule 52(b); (2) To Alter or Amend the Judgment Under Rule
4  59(e); (3) For a New Trial Under Rule 59(a); and (4) For Relief Under Rule 60" (Dkt. 60).
5  DATED this 3rd day of December, 2007.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge