**FILED**

UNITED STATES COURT OF APPEALS

JUN 01 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIAL UP SERVICES, INC., a Nevada Corporation doing business as Simple.Net,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>OREGON, STATE OF; IDAHO, STATE OF; NORTH DAKOTA, STATE OF; MISSOURI, STATE OF; DAVID E REICH, Honorable Judge of the South Central Judicial District of the State of North Dakota; KATHRYN STICKLEN, Honorable Judge of the Fourth Judicial District of the State of Idaho,<br><br>Defendants - Appellees. | No. 07-17312<br><br>D.C. No. CV-07-00423-EHC<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Appellant's motion to voluntarily dismiss this case is GRANTED. This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk